# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| YVONNE KISS AND KURT KISS<br><br>Plaintiff,<br><br>vs.<br><br>ZWICKER & ASSOCIATES, P.C.<br><br>Defendant. | Case No.: ED-CV09-00052-VAP<br><br>**ORDER APPROVING DISMISSAL WITH PREJUDICE** |

On the 13th day of July the Court conducted a status conference, at which the parties reached a settlement. Plaintiff and Defendants have stipulated to the dismissal with prejudice of this action, and the Court finds that such stipulation should be approved.

IT IS THEREFORE ORDERED that this action is hereby dismissed with prejudice as to all parties and all issues. The Court retains jurisdiction to enforce the terms of the settlement, if necessary.

All other relief is denied. The Clerk is directed to close this file.

Signed this 10th day of Aug, 2009.

_____
UNITED STATES DISTRICT JUDGE